Rachel E. Kaufman (Cal. Bar No. 259353)
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTO ARMOR SPECIALIST LLC,<br><br>Defendant. | Case No. 8:21-cv-01467-CJC-ADS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Cormac J. Carney |

Plaintiff Andrew Perrong hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: March 14, 2022

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*